# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REGINALD WILLIAMS #94495** | **CIVIL ACTION** |
| versus | **NO. 04-1889** |
| **DEPARTMENT OF CORRECTION** | **SECTION: "I" (3)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Reginald Williams, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that petitioner's motion to reopen these proceedings, Rec. Doc. 28, be **GRANTED**.

**IT IS FURTHER ORDERED** that his petition for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of April, 2010.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**